IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-00575-RM-CBS

EVELYN J. HERNANDEZ,

    Plaintiff,

v.

PFIZER, INC.,

    Defendant.

_____

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**
_____

    THE COURT having reviewed Plaintiff's NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO Fed.R.Civ.P. 41(a)(1)(A)(i), and having reviewed the file, and being fully advised in the premise, hereby dismisses this action without prejudice.

    Dated this 14th day of March, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge